IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | |
|---|---|
| In Re: ) | |
| **ELSIE SHANTA SHARP** ) | Case No. 16-12368 TJC |
|      Debtor ) | Chapter 13 |
| _____) | |
| **ELSIE SHANTA SHARP** ) | |
|      Plaintiff , ) | |
| v. ) | Adversary Proc 16-00256 |
| **FEDERAL NATIONAL MORTGAGE** ) | |
|   **ASSOCIATION** ) | |
|      Defendant. ) | |

### PRAECIPE - PROOF OF SERVICE

COMES NOW Plaintiff, Elsie Sharp, by and through the undersigned attorneys submits the attached "Green Card receipt" for the Defendant, Federal National Mortgage Assoc, in this real property ownership case. The forms establish that defendants in this real property, who wrongfully foreclosed on real property located at 14110 Kydan Court, Brandywine, Md. 20613, was served in accordance with applicable procedural rules.   Plaintiff, if defendant fails to file a timely Answer to the subject Complaint, Plaintiff will request entry of a default in its favor.

I declare, certify and state under penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2016                              Respectfully submitted,

       /s/ Randy McRae
Randy McRae, Esq. #10927
3178 Bladensburg Rd, NE, P.O. Box 41216
Washington, D.C.  20018
(202)421–7983/email:rmcrae16@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on  30th  day of  Aug., 2016, the foregoing  Proof of Service  was mailed electronically mailed to  Nancy Grigsby, Esq.,Trustee, 4201 Mitchellville Rd., Ste. 401, Bowie, MD.  20716, and Daniel Callaghan, Esq. 6003 Executive Blvd. Ste 101, Rockville, Md. 20852

      /s/  Randy McRae
Randy McRae

1